UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE

**DANNY RAY BARNETT**                                              **CASE NO. 18-50582**
**HEPHZIBAH S. BARNETT**

**DEBTORS**

### ORDER

This matter is before the Court on the Debtors' Motion to Avoid Judgment Lien of Capital One Bank (USA) NA [ECF No. 15].  The Debtors seek to avoid a judicial lien that attaches to real property as impairing their exemption under 11 U.S.C. § 522(f).  The relief requested cannot be granted because:

- The Motion was not properly served pursuant to Federal Rules of Bankruptcy Procedure 4003(d), 7004(b)(3) and/or 7004(h);

- The proposed Order does not satisfy the requirements of KYEB LBR 4003-2(a)  and Local Form 4003-2(a).  The Debtors should submit only one proposed order for each property at issue addressing all liens on that property. The proposed order should include separate calculations for each judicial lien. The Debtors' counsel is encouraged to review the Lien Avoidance Practice Aids at http://www.kyeb.uscourts.gov/chapter-13-form-plan-and-lien-avoidance-practice-aids for guidance.

Based on the foregoing, it is ORDERED the Debtors' Motion is DENIED without prejudice.

1

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Wednesday, July 11, 2018
(grs)